# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RUTH JARRETT-COOPER, et al,

    Plaintiffs,

                              Case No. 11-13674

v.                              Hon. Lawrence P. Zatkoff

UNITED AIR LINES, INC.,

    Defendant.
_____/

## ORDER

This matter is before the Court on Plaintiffs' Emergency Motion for Remand or Alternatively for Expedited Show Cause Hearing (the "Motion") [dkt 4]. Defendant removed the case from Oakland County Circuit Court on August 23, 2011, basing its removal on the Court's diversity jurisdiction. In its Notice of Removal, Defendant asserted that the parties are diverse and that Plaintiffs seek an amount exceeding the jurisdictional requirement of $75,000.00. Plaintiffs, however, only claimed an amount in controversy exceeding $25,000.00 in arguing that the jurisdictional requirement was not satisfied.

When a plaintiff files a motion to remand, the plaintiff must include with the motion a signed statement of damages claimed, itemizing all damages by category and amount, or, for those categories for which the plaintiff is unable to specify a precise amount, an estimate of the maximum amount and a detailed description of the factual basis for the estimate. *See* E.D. Mich. LR 81.1(a),(d). When Plaintiffs moved to remand in this case, however, they did not plead a specific amount in controversy in excess of the jurisdictional amount. As Plaintiffs have failed to submit such a signed statement, the Court DENIES the Motion insofar as it seeks to remand the matter to Oakland County Circuit Court.

Plaintiffs have requested, in the alternative, that the Court issue an order to show cause why a preliminary injunction should not be issued. In the Eastern District of Michigan, however, requests for temporary restraining orders and for preliminary injunctions must be made by a separate motion and not by order to show cause.  E.D. Mich. LR 65.1.  Therefore, the Court also DENIES the Motion insofar as it seeks an order to show cause why a preliminary injunction should not issue.

Accordingly, for the reasons stated above, the Court DENIES Plaintiffs' Motion for Remand or Alternatively for Expedited Show Cause Hearing.

IT IS SO ORDERED.

Date: August 29, 2011
S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE