**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RUTH JARRETT-COOPER, *et. al*.,

    Plaintiffs,

                                          Case No. 11-13674
v.                                        Hon. Lawrence P. Zatkoff

UNITED AIR LINES, INC.,

    Defendant.
                                            /

## ORDER

      Plaintiffs filed a Motion to Remand on August 24, 2011. Concerned that they would suffer damages as long as their Motion to Remand was pending, Plaintiffs filed the instant Motion [dkt 16] seeking "entry of a preliminary injunction, unless the court resolves the pending motion to remand first." On February 1, 2012, the Court denied Plaintiff's Motion to Remand. As Plaintiff's Motion for Preliminary Injunction only sought injunctive relief during the pendency of the Motion to Remand, and given that the Court thereafter denied the Motion to Remand, Plaintiff's Motion for Preliminary Injunction is thus rendered moot.

      Accordingly, it is HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction [dkt 16] is DENIED as moot.

      IT IS SO ORDERED.

Date: September 7, 2012

                                                           s/Lawrence P. Zatkoff
                                                           LAWRENCE P. ZATKOFF
                                                           U.S. DISTRICT JUDGE