UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUTH JARRETT-COOPER, ET AL.,        No. 11-13674

    Plaintiffs,                     District Judge Lawrence P. Zatkoff

v.                                 Magistrate Judge R. Steven Whalen

UNITED AIR LINES, INC.,

    Defendant.
_____/

## ORDER

On July 2, 2013, Plaintiffs filed a motion for reconsideration [Doc. #135] of my June 24, 2013 order denying Plaintiff's motion to compel discovery. Defendant United Airlines, Inc. is directed to file a response to the motion for reconsideration within seven days of the date of this Order. The response shall not exceed five (5) pages, and need not contain a table of contents, index of authorities or statement of questions presented.

IT IS SO ORDERED.

Dated: July 9, 2013                s/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on July 9, 2013, electronically and/or by U.S. Mail.

                                        s/Michael Williams
                                        Relief Case Manger for the Honroable
                                        R. Steven Whalen